IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | |
| KOREY MAURICE MCGIRT | : | 1:13CR168-1 |
| ISHA JAZMEN JONES | : | 1:13CR168-2 |
| CHRISTOPHER DEON MOORE | : | 1:13CR168-3 |
| FAIRLEY LEO PEGUESE | : | 1:13CR168-4 |

The Grand Jury charges:

COUNT ONE

From on or about September 27, 2012, continuing up to and including on or about October 2, 2012, the exact dates to the Grand Jurors unknown, in the Counties of Scotland and Rockingham, in the Middle District of North Carolina, and elsewhere, KOREY MAURICE MCGIRT, ISHA JAZMEN JONES, CHRISTOPHER DEON MOORE, FAIRLEY LEO PEGUESE, and divers other persons, known and unknown to the Grand Jurors, knowingly, willfully, and unlawfully did conspire, combine, confederate, and agree together and with each other to commit offenses against the laws of the United States, that is:

To knowingly and with intent to defraud falsely make, counterfeit, and alter obligations of the United States, that is, counterfeit Federal Reserve Notes, in violation of Title 18, United States Code, Section 471.

## METHOD AND MEANS

1. It was a part of the conspiracy that the co-conspirators produced counterfeit Federal Reserve Notes by using a Canon Pixma printer/scanner, model MG2120, to make copies of legitimate Federal Reserve Notes.

2. It was a further a part of the conspiracy that the co-conspirators traveled to various stores to pass and attempt to pass the counterfeit Federal Reserve Notes.

## OVERT ACTS

In furtherance of the aforesaid conspiracy and to effect the objects and purposes thereof, KOREY MAURICE MCGIRT, ISHA JAZMEN JONES, CHRISTOPHER DEON MOORE and FAIRLEY LEO PEGUESE committed numerous overt acts in the Middle District of North Carolina, and elsewhere, including but not limited to the following:

1. On or about September 27, 2012, ISHA JAZMEN JONES, KOREY MAURICE MCGIRT, CHRISTOPHER DEON MOORE, and FAIRLEY LEO PEGUESE manufactured counterfeit Federal Reserve Notes at the residence of FAIRLEY LEO PEGUESE.

2. From on or about September 29, 2012, to on or about September 30, 2012, KOREY MAURICE MCGIRT and FAIRLEY LEO PEGUESE passed counterfeit Federal Reserve Notes at various commercial establishments within Rockingham County.

3. On or about October 2, 2012, FAIRLEY LEO PEGUESE passed a counterfeit Federal Reserve Note at a Wal-Mart store in Laurinburg, North Carolina.

4. On or about October 2, 2012, ISHA JAZMEN JONES attempted to pass a counterfeit Federal Reserve Note at a Wal-Mart store in Laurinburg, North Carolina.

All in violation of Title 18, United States Code, Section 371.

COUNT TWO

From on or about September 27, 2012, continuing up to and including on or about October 2, 2012, the exact dates to the Grand Jurors unknown, in the County of Scotland, in the Middle District of North Carolina, and elsewhere, KOREY MAURICE MCGIRT, ISHA JAZMEN JONES, CHRISTOPHER DEON MOORE, and FAIRLEY LEO PEGUESE, with intent to defraud, did falsely make, counterfeit, and alter obligations of the United States, that is, approximately five $100.00 Federal Reserve Notes, three $50.00 Federal Reserve Notes, one $20.00 Federal Reserve Note, one $10.00 Federal Reserve Note, and four $5.00 Federal Reserve Notes; in violation of Title 18, United States Code, Sections 471 and 2.

COUNT THREE

On or about October 2, 2012, in the County of Scotland, in the Middle District of North Carolina, ISHA JAZMEN JONES, with intent to defraud, did attempt to pass, utter, and publish a falsely made,

counterfeited, and altered obligation of the United States, that is, one $100.00 Federal Reserve Note, which she then knew to be falsely made, counterfeited, and altered; in violation of Title 18, United States Code, Section 472.

COUNT FOUR

On or about October 2, 2012, in the County of Scotland, in the Middle District of North Carolina, CHRISTOPHER DEON MOORE, with intent to defraud, did pass, utter, and publish falsely made, counterfeited, and altered obligations of the United States, that is, approximately three $100.00 Federal Reserve Notes, three $50.00 Federal Reserve Notes, one $20.00 Federal Reserve Note, one $10.00 Federal Reserve Note, and four $5.00 Federal Reserve Notes, which he then knew to be falsely made, counterfeited, and altered; in violation of Title 18, United States Code, Section 472.

COUNT FIVE

On or about October 2, 2012, in the County of Scotland, in the Middle District of North Carolina, FAIRLEY LEO PEGUESE, with intent to defraud, did pass, utter, and publish a falsely made, counterfeited, and altered obligation of the United States, that is, one $100.00 Federal Reserve Note, which he then knew to be falsely made, counterfeited, and altered; in violation of Title 18, United States Code, Section 472.

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts One, Two, Three, Four, and Five are hereby realleged and incorporated by reference for the purpose of alleging forfeiture to the United States pursuant to the provisions of Title 18, United States Code, Section 492.

2. As a result of the offenses alleged in Counts One, Two, Three, Four, and Five, KOREY MAURICE MCGIRT, ISHA JAZMEN JONES, CHRISTOPHER DEON MOORE, and FAIRLEY LEO PEGUESE shall forfeit to the United States all articles, devices, and other things made, possessed, or used in violation of Title 18, United States Code, Sections 471 or 472, and all materials and apparatuses used and fitted and intended to be used in the making of counterfeited Federal Reserve Notes as alleged in Count Two, including but not limited to: one Canon Pixma printer/scanner, model MG2120, serial number LMGA76930.

All pursuant to Title 18, United States Code, Section 492.

A TRUE BILL:


_____
FOREPERSON

*[signature]*
TERRY M. MEINECKE
ASSISTANT UNITED STATES ATTORNEY

*[signature]*
RIPLEY RAND
UNITED STATES ATTORNEY

6

Case 1:13-cr-00168-UA   Document 1   Filed 04/30/13   Page 6 of 6