# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| FAIRLEY LEO PEGUESE | ) | Case No. 1:13CR168-4 |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* FAIRLEY LEO PEGUESE ,
who is accused of an offense or violation based on the following document filed with the court:

X Indictment ❏ Superseding Indictment ❏ Information ❏ Superseding Information ❏ Complaint

❏ Probation Violation Petition ❏ Supervised Release Violation Petition ❏ Violation Notice ❏ Order of the Court

This offense is briefly described as follows:

Conspiracy to make counterfeit FRNs in violation of 18:371; Make counterfeit FRNs in violation of 18:471 & 2; Pass counterfeit FRNs in violation of 18:472.

***The United States Attorney requests a $25,000.00 secured bond and electronic monitoring***

.

Date: Apr 30, 2013

/s/ Abby Taylor
*Issuing officer's signature*

City and state: Greensboro, NC

John S. Brubaker, Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

|  |
|--|
| *Arresting officer's signature* |
|  |
| *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:   Weight:

Sex:   Race:

Hair:   Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: